**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 18-cv-01490-JD (JCS)

**Case Name:**  Allison Ferjean v.  Five Stars Loyalty, Inc.

**Date:** August 29, 2018          **Time:** 2 H 45 M

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Adrian Bacon
**Attorney for Defendant:** Lauri Mazzuchetti & Damon Suden

## PROCEEDINGS

(X)     Settlement Conference - Held

       ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )     Further Settlement Conference

       ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )     Telephonic Scheduling Conference to set Settlement Conference

( )     Further Telephonic Settlement Conference

( )     Discovery Conference – Lead Trial Counsel Meet and Confer

( )     Status Conference

( )     Other

**Notes:** Parties in attendance:  Allison Ferjean, Plaintiff.  Victor Ho, CEO/Founder of Five Stars Loyalty.