**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON FERJEAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIVE STARS LOYALTY, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-01490-JD<br><br>(Assigned to Hon. James Donato)<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:   Mar. 13, 2018<br>Trial Date:             None Set |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Allison Ferejan and counsel for Defendant Five Stars Loyalty, Inc., that Plaintiff hereby voluntarily dismisses the above action, in its entirety, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without costs to any party, with prejudice as to the Plaintiff's individual claims and without prejudice as to the claims of the putative class.

Date: September 11, 2018

By:  /s/ Adrian R. Bacon
       Todd M. Friedman
       Adrian R. Bacon

Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367-7104
Telephone: (877) 206-4741

       Manuel S. Hiraldo
Hiraldo P.A.
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 400-4713

*Attorneys for Plaintiff*

By:  /s/ Damon Suden
       Lauri Mazzuchetti
       Damon W. Suden
       James B. Saylor
       Sarah E. Diamond

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

*Attorneys for Defendant*